**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

UNIVERSAL PROPERTY & CASUALTY      *
INSURANCE COMPANY,                 *
                                   *
         Plaintiff,                *
                                   *          CV 125-198
             v.                    *
                                   *
FRED ROBINSON, JR. and             *
LAQUETTA SMITH,                    *
                                   *
         Defendants.               *
                            _____

**O R D E R**

_____

On August 25, 2025, Plaintiff initiated this action. (Doc. 1.) On August 26, 2025, the Clerk issued summons for Defendants. (Doc. 2.) To date, however, there is no indication that Defendants have been served with process. See FED. R. CIV. P. 4(m) (providing that defendants must be served with process within 90 days after filing a complaint or the action is subject to dismissal without prejudice). Nor has any substantive activity occurred in this case since it was filed.

Based on the foregoing, **IT IS HEREBY ORDERED** that Plaintiff **SHALL FILE** proof of service within **FOURTEEN (14) DAYS** of the entry of this Order. If Plaintiff fails to file proof of service within fourteen days, the Court will close this case for want of prosecution.

**ORDER ENTERED** at Augusta, Georgia, this ___10th___ day of March, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2