IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

UNIVERSAL PROPERTY & CASUALTY    *
INSURANCE COMPANY,    *

  *

Plaintiff,    *

  *    CV 125-198

v.    *

  *

FRED ROBINSON, JR. and    *
LAQUETTA SMITH,    *

  *

Defendants.    *

MAR 16 2026

FILED

## O R D E R

Before the Court is Plaintiff's notice of dismissal without prejudice. (Doc. 6.) Defendants have not filed an answer or motion for summary judgment. Thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

IT IS THEREFORE ORDERED that this matter is DISMISSED WITHOUT PREJUDICE. The Clerk is directed to TERMINATE all motions and deadlines and CLOSE this case. Each party shall bear its own costs and fees unless otherwise agreed.

ORDER ENTERED at Augusta, Georgia, this _16th_ day of March, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA